UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1220**

---

CHARLES V. YOUNG,

Plaintiff - Appellant,

versus

K-MART CORPORATION; SUPER K-MART #3785; BILL
WRIGHT; JOHN LEMRY; DAVE DAVIS; TERESA
ROCKEFELLER,

Defendants - Appellees.

---

**No. 96-1221**

---

CHARLES V. YOUNG,

Plaintiff - Appellant,

versus

K-MART CORPORATION; SUPER K-MART #3785; BILL
WRIGHT; BOB THORPE; SUE POLSTEN; DAVE DAVIS;
TERESA ROCKEFELLER,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern
District of Virginia, at Newport News. Rebecca B. Smith, District
Judge. (MISC-95-16-4, MISC-95-17-4)

---

Submitted: August 22, 1996        Decided: September 3, 1996

Before HALL,[*] MICHAEL, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles V. Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying in forma pauperis status in his suits against his former employer for employment discrimination. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeals. <u>Young v. K-Mart Corp.</u>, Nos. MISC-95-16-4; MISC-95-17-4 (E.D. Va. Jan. 5, 1996). <u>See</u> <u>Roberts v. United States District Court</u>, 339 U.S. 844, 845 (1950). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Judge Hall did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).